## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Minnesota Lawyers Mutual
Insurance Company and Subsidiaries

     Plaintiff,        Civil 07-4580 (PAM/JSM)

v.

                **ORDER OF DISMISSAL**

United States of America

     Defendant.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.


Dated: August  19 , 2008

                s/Paul A. Magnuson
                Paul A. Magnuson, Judge
                United States District Court