## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Lawyers Mutual Insurance Company and Subsidiaries, | **Civil No. 07-CV-4580 (PAM/JSM)** |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| United States of America, | |
| Defendant. | |

Plaintiff Minnesota Lawyers Mutual Insurance Company and Subsidiaries ("MLM") and defendant United States of America ("USA"), having jointly moved the Court to dismiss with prejudice the Complaint (Docket No. 14) in the above-entitled case, and other good cause appearing therefore,

IT IS HEREBY ORDERED that this action is dismissed with prejudice in its entirety, the parties to bear their respective costs and attorneys' fees or other expenses of this litigation.

IT IS SO ORDERED.

DATED this __13th__ day of November, 2008

s/Paul A. Magnuson<br>
Honorable Paul A. Magnuson<br>
United States District Court Judge